# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
      v. ) CR. S 06-251 DFL
       )
GINO GIORGI )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum     ( ) Ad Testificandum.

Name of Detainee: **GINO GIORGI**

Detained at (custodian): **Dual Vocational Institution (DVI)**

Detainee is: a.) (X) charged in this district by:
    (X) Indictment     ( ) Information     ( ) Complaint
    Charging Detainee With: **Possession with Intent to Distribute Methamphetamine and Felon in Possession of Firearm**

or    b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ( ) return to the custody of detaining facility upon termination of proceedings
or    b.) (X) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary* **FORTHWITH** *in the Eastern District of California.*

Signature: /s/ Philip A. Ferrari
Printed Name & Phone No: PHILIP A. FERRARI (916) 554-2700
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
    (**X**) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 6/29/2006

DAVID F. LEVI
Chief United States District Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | Gino Lee Giorgi | Male X Female | |
| Booking or CDC #: | V80904 | DOB: | 1986 |
| Facility Address: | 23500 Kasson Road | Race: | |
| | Tracy, CA | FBI #: | |
| Facility Phone: | | | |

Form Crim-48                                        Revised 11/19/97

Currently Incarcerated For: _____

**RETURN OF SERVICE**

Executed on _____ by _____         _____
                                                                                              (Signature)