DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700                        **OK/HAV**

Attorney for Defendant
GINO GIORGI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>              Plaintiff,      )<br>                              )<br>         v.                   )<br>                              )<br>GINO GIORGI                   )<br>                              )<br>              Defendant.      )<br>                              )<br>_____) | Case No. CR.S-06-251-DFL<br><br>**STIPULATION AND ORDER**<br>DATE: September 28, 2005<br>TIME: 10:00.a.m.<br>JUDGE: Hon. David F. Levi |

     It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, and defendant, GINO GIORGI by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for August 10, 2006 be rescheduled for Thursday, September 28, 2006 at 10:00 a.m.

     This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery to determine if any motions must be filed.  Defense counsel is also requesting criminal history records to enable her to advise Mr. Giorgi regarding the sentencing guidelines in this matter.  Mr. Giorgi's first appearance in federal court was July 21, 2006.

     The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for

1  September 28, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
2  [reasonable time to
3  prepare] (Local Code T4).
4  DATED:   August 2, 2006         Respectfully submitted,
5                                  DANIEL J. BRODERICK
                                   Federal Defender
6
7                                  /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
8                                  Assistant Federal Defender
                                   Attorney for Defendant
9                                  GINO GIORGI
10
11                                 McGREGOR W. SCOTT
                                   United States Attorney
12
13
    DATED:   August 2, 2006        /s/ Rachelle Barbour for
14                                 PHIL FERRARI
                                   Assistant U.S. Attorney
15
16                             **O R D E R**
17     **IT IS SO ORDERED.**
18
    DATED: 8/2/2006
19
20
21
22                                 DAVID F. LEVI
                                   United States District Judge
23

**2**