```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700                    OK/HAV

 5  Attorney for Defendant
    GINO GIORGI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-251-DFL |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | DATE: November 9, 2006 |
| | ) | TIME: 10:00.a.m. |
| GINO GIORGI | ) | JUDGE: Hon. David F. Levi |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, and defendant, GINO GIORGI by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for September 28, 2006 be rescheduled for Thursday, November 9, 2006 at 10:00 a.m.

    This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery to determine if any motions must be filed.  The parties are also discussing a plea agreement, which must be reduced to writing and presented to Mr. Giorgi and the Court.

//

//

1   The parties request that speedy trial time be excluded from the
2   date of this order through the date of the status conference set for
3   November 9, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)
4   [reasonable time to prepare] (Local Code T4).

DATED: September 25, 2006    Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender


                             /s/ Rachelle Barbour
                             RACHELLE BARBOUR
                             Assistant Federal Defender
                             Attorney for Defendant
                             GINO GIORGI



                             McGREGOR W. SCOTT
                             United States Attorney


DATED: September 25, 2006    /s/ Rachelle Barbour for
                             PHIL FERRARI
                             Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 28, 2006    /s/ David F. Levi
                             DAVID F. LEVI
                             UNITED STATES DISTRICT JUDGE

2