1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814          **OK/HAV**
4  Telephone (916) 498-5700

5  Attorney for Defendant
   GINO GIORGI
6

                IN THE UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,    )
10                              )     Case No. CR.S-06-251-DFL
                 Plaintiff,     )
11                              )     **STIPULATION AND ORDER**
            v.                  )     DATE:  November 30, 2006
12                              )     TIME:  10:00.a.m.
   GINO GIORGI                  )     JUDGE: Hon. David F. Levi
13                              )
                 Defendant.     )
14                              )
   _____)
15

16       It is hereby stipulated and agreed to between the United States of

17  America through PHIL FERRARI, Assistant U.S. Attorney, and defendant,

18  GINO GIORGI by and though his counsel, RACHELLE BARBOUR, Assistant

19  Federal Defender, that the status conference set for November 9, 2006

20  be rescheduled for Thursday, November 30, 2006 at 10:00 a.m.

21       This continuance is being requested because defense counsel is

22  conducting investigation and reviewing the discovery to determine if

23  any motions must be filed.  The parties are also discussing a plea

24  agreement, which must be reduced to writing and presented to Mr. Giorgi

25  and the Court.

26  //

27  //

28

1    The parties request that speedy trial time be excluded from the

2  date of this order through the date of the status conference set for

3  November 30, 2006,  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv)

4  [reasonable time to prepare] (Local Code T4).

5  DATED:  November 6, 2006        Respectfully submitted,

6                                  DANIEL J. BRODERICK
                                   Federal Defender
7

8                                  /s/ Rachelle Barbour
                                   RACHELLE BARBOUR
9                                  Assistant Federal Defender
                                   Attorney for Defendant
10                                 GINO GIORGI

11

12                                 McGREGOR W. SCOTT
                                   United States Attorney
13

14
   DATED:   November 6, 2006       /s/ Rachelle Barbour for
15                                 PHIL FERRARI
                                   Assistant U.S. Attorney
16

17  _____ **O R D E R**

18     **IT IS SO ORDERED.**

19
   DATED: November 9, 2006
20

21                                 /s/ David F. Levi
                                   DAVID F. LEVI
                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

**2**