DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814            **OK/HAV**
Telephone (916) 498-5700

Attorney for Defendant
GINO GIORGI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>          Plaintiff,           )<br>                               )<br>     v.                        )<br>                               )<br> GINO GIORGI                   )<br>                               )<br>          Defendant.           )<br>                               )<br>_____) | Case No. CR.S-06-251-DFL<br><br>**STIPULATION AND ORDER**<br>DATE: January 4, 2007<br>TIME: 10:00.a.m.<br>JUDGE: Hon. David F. Levi |

It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, and defendant, GINO GIORGI by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for November 30, 2006 be rescheduled for Thursday, January 4, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel is conducting investigation and reviewing the discovery to determine if any motions must be filed.  The parties are also discussing a plea agreement, which must be reduced to writing and presented to Mr. Giorgi and the Court.

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for January 4, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 28, 2006    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
GINO GIORGI


McGREGOR W. SCOTT
United States Attorney

DATED: November 28, 2006    /s/ Rachelle Barbour for
PHIL FERRARI
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: November 28, 2006
/s/ David F. Levi
DAVID F. LEVI
UNITED STATES DISTRICT JUDGE

**2**