```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHELLE BARBOUR, Bar #185395
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814           OK/HAV
 4  Telephone (916) 498-5700

 5  Attorney for Defendant
    GINO GIORGI
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-251-DFL |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | DATE: March 22, 2007 |
| | ) | TIME: 10:00.a.m. |
| GINO GIORGI | ) | JUDGE: Hon. David F. Levi |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

   It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, and defendant, GINO GIORGI by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for February 15, 2006 be rescheduled for Thursday, March 22, 2007 at 10:00 a.m.

   This continuance is being requested because defense counsel is trying to obtain criminal history records so that she may properly advise Mr. Giorgi regarding the sentencing guidelines.

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for March 22, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: February 14, 2007         Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /s/ Rachelle Barbour
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      GINO GIORGI

                                      McGREGOR W. SCOTT
                                      United States Attorney

DATED: February 14, 2007         /s/ Rachelle Barbour for
                                      PHIL FERRARI
                                      Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: 02/14/2007                /s/ David F. Levi
                                      DAVID F. LEVI
                                      UNITED STATES DISTRICT JUDGE