DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
GINO GIORGI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. CR.S-06-251-DFL |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | DATE: April 20, 2007 |
| | ) | TIME: 10:00 a.m. |
| GINO GIORGI | ) | JUDGE: Hon. David F. Levi |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, and defendant, GINO GIORGI by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for March 27, 2007 be rescheduled for Friday, April 20, 2007 at 10:00 a.m.

This continuance is being requested because defense counsel is trying to obtain criminal history records so that she may properly advise Mr. Giorgi regarding the sentencing guidelines.

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for April 20, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: March 22, 2007    Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
GINO GIORGI


McGREGOR W. SCOTT
United States Attorney


DATED: March 22, 2007    /s/ Rachelle Barbour for
PHIL FERRARI
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: March 22, 2007
/s/ David F. Levi
DAVID F. LEVI
UNITED STATES DISTRICT JUDGE