```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814                    OK/HAV
Telephone (916) 498-5700

Attorney for Defendant
GINO GIORGI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR.S-06-251-DFL |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | DATE: May 24, 2007 |
| ) | TIME: 10:00 a.m. |
| GINO GIORGI ) | JUDGE: Hon. David F. Levi |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through PHIL FERRARI, Assistant U.S. Attorney, and defendant, GINO GIORGI by and though his counsel, RACHELLE BARBOUR, Assistant Federal Defender, that the status conference set for April 20, 2007 be rescheduled for Friday, May 24, 2007 at 10:00 a.m.

This continuance is being requested so that defense counsel can continue to try to get criminal history records. Those records are difficult to obtain because they concern a juvenile case in another county.

//

//

The parties request that speedy trial time be excluded from the date of this order through the date of the status conference set for May 24, 2007, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: April 18, 2007          Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Rachelle Barbour
RACHELLE BARBOUR
Assistant Federal Defender
Attorney for Defendant
GINO GIORGI


McGREGOR W. SCOTT
United States Attorney


DATED:  April 18, 2007          /s/ Rachelle Barbour for
PHIL FERRARI
Assistant U.S. Attorney

**O R D E R**

**IT IS SO ORDERED.**

DATED: April 26, 2007
/s/ David F. Levi
DAVID F. LEVI
UNITED STATES DISTRICT JUDGE