**FILED**

JUN 19 2007

CLERK U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
   DEPUTY CLERK

ORDER          CR.S-06-251, DLJ
               US v Giorgi

The defendant having been sworn before me and testified as to the application to enter a plea of guilty, having submitted a sworn affidavit as to the application to plead guilty, and having entered a plea of guilty, I find: (1) that the plea of guilty was made by the defendant freely, knowingly, and voluntarily, and not out of ignorance, inadvertence, fear or coercion; (2) that the defendant has admitted the essential elements of the crime charged; and (3) that the defendant is aware of the consequences of the plea of guilty.

IT IS THEREFORE ORDERED THAT the defendant's application to plead guilty is accepted and the plea of guilty pursuant to such application is hereby entered.

DATED: June 19, 2007

_____
D. Lowell Jensen
United States District Judge

-6-