PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:06-CR-00251-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE DISPOSITIONAL HEARING REGARDING SUPERVISED RELEASE VIOLATION |
| v. | |
| GINO LEE GIORGI, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant's dispositional hearing is currently set for April 13, 2021 at 9:30 AM. The parties have been informed by Court staff that this date and time are no longer available.

2. By this stipulation, the parties now move to continue the hearing to May 18, 2021 at 9:30 AM.

U.S. Probation has been consulted and has no objection to this continuance.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated:  April 8, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | /s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant United States Attorney |
| Dated:  April 8, 2021 | /s/ OLAF W. HEDBERG<br>OLAF W. HEDBERG<br>Counsel for Defendant<br>GINO LEE GIORGI |

**ORDER**

IT IS SO ORDERED this 8th day of April, 2021.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE