The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

GINO LEE GIORGI

Case Number: 2:06-cr-00251-JAM

**STIPULATION AND ORDER TO CONTINUE DIPOSITIONAL HEARING**

    Defendant Gino Giorgi and plaintiff Unites states of America hereby stipulate as follows:

1. This matter is currently set for a dispositional hearing on May 18, 2021 at 9:30 am;

2. Defense Counsel needs more time to prepare for the dispositional hearing;

3. By this stipulation the parties move to continue the hearing to **May 25, 2021**, **at 9:30 am**.

    US Probation Officer Wendy Reyes has been consulted and has no objection to this continuance

    IT IS SO STIPULATED

Dated: May 10, 2021

PHILLIP A. TALBERT
ACTING UNITES STATES ATTORNEY

/s/ DENISE N. YASINOW
Denise N. Yasinow
Assistant US Attorney

Dated: May 10, 2021

/s/ OLAF W. HEDBERG
Olaf W. Hedberg

**ORDER**

**IT IS SO ORDERED**.

Dated: May 11, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE