UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
5/25/2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GINO GIORGI,

    Defendant.

Case No. 2:06-CR-00251-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release GINO GIORGI, – Case No.: 2:06-CR-00251-JAM; Charge: 18 U.S.C. § 3606 – from custody for the following reasons:

    \_\_\_ Release on Personal Recognizance

    \_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_ Appearance Bond with 10% Deposit

    _X_ (Other): Defendant sentenced to a term of imprisonment of TIME SERVED.

Issued at Sacramento, California on May 25, 2021 at 10:00 AM.

By: _/s/ John A. Mendez_

John A. Mendez, U.S. District Court Judge