1  The Law Office of Olaf W. Hedberg
   Olaf W. Hedberg, State Bar #151082
2  901 H St., Suite 301
   Sacramento, California 95814
3  (916) 447-1192 office
   ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

GINO LEE GIORGI

Case Number:  2:06-cr-00251-JAM

**STIOPULATION AND ORDER TO CONTINUE DIPOSITIONAL HEARING**

     Defendant Gino Giorgi and plaintiff Unites states of America hereby stipulate as follows:

1. This matter is currently set for a dispositional hearing on June 27, 2023 at 9:30 am;

2. Defense Counsel needs more time to prepare for the dispositional hearing;

3. By this stipulation the parties move to continue the hearing to August 29, 2023 at 9:30 am.

     US Probation Officer Wendy Reyes has been consulted and has no objection to this continuance

     IT IS SO STIPULATED

Dated: June 23, 2023

/s/ DENISE N. YASINOW
Denise N. Yasinow
Assistant US Attorney

Dated: June 23, 2023

/s/ OLAF W. HEDBERG
Olaf W. Hedberg

## ORDER TO CONTINUE ADMIT/DENY HEARING

Based on the stipulation of the parties and good cause appearing, the Court **VACATES** the June 27, 2023, admit/deny hearing and **RESETS** the matter on **August 29, 2023, at 9:00 a.m.**

IT IS SO ORDERED.

Dated: June 23, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE